1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 | GLORIA DURAN-VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-0004 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date:  August 5, 2011 |
| GLORIA DURAN-VALDEZ, | ) ) | Time:  9:00 a.m. Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 15, 2011, **may be continued to August 5, 2011, at 9:00 a.m.**

This reason for the continuance is to permit further negotiation and investigation. Counsel reviewed the offer with Ms. Duran-Valdez and because Ms. Duran-Valdez is very ill, and the case requires further investigation, we are exploring whether to set for trial or continue negotiation.

This continuance will conserve time and resources for both parties and the court.

///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                              LAWRENCE BROWN
United States Attorney

DATED: July 13, 2011                          By:   /s/ *Yashar Nilchian*
                                                              YASHAR NILCHIAN
Assistant United States Attorney
Attorney for Plaintiff

                                              DANIEL J. BRODERICK
Federal Defender

DATED: July 13, 2011                          By:   /s/ *Ann H. Voris*
                                                              ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Gloria Duran-Valdez

**O R D E R**

GOOD CAUSE EXISTS DUE TO THE ILLNESS FACTOR OF THE DEFENDANT. TIME IS EXCLUDED FOR THE REASONS STATED, AND GOOD CAUSE EXISTS FOR SUCH EXCLUSION OF TIME. THE MATTER IS CONTINUED AS STATED IN THE STIPULATION.

IT IS SO ORDERED.

**Dated:   July 13, 2011**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE