DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA DURAN-VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-0004 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | Date:  August 19, 2011 |
| GLORIA DURAN-VALDEZ, | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 5, 2011, **may be continued to August 19, 2011, at 9:00 a.m.**

This reason for the continuance is to permit further negotiation and investigation.  Counsel reviewed the offer with Ms. Duran-Valdez and because Ms. Duran-Valdez is terminally ill, she needed more time to review it before signing.  As Ms. Duran-Valdez is currently housed at Lerdo, counsel also provided medical records and information to the U.S. Probation Officer.  We are exploring whether to set for trial, plead, or proceed with current offer.

This continuance will conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 2, 2011          By:   /s/ *Jared Renfro for Yashar Nilchian*
YASHAR NILCHIAN
Special Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 2, 2011          By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Gloria Duran-Valdez

**O R D E R**

**Good Cause exists.**  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   August 2, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE