McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-0004 LJO |
| Plaintiff, | ORDER TO DISMISS SUPERVISED RELEASE PETITION AND RECALL WARRANT |
| v. | |
| GLORIA DURAN-VALDEZ, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the supervised release petition filed December 3, 2014

[Doc. 18] be dismissed without prejudice, and that the warrant issued on the petition be recalled.

IT IS SO ORDERED.

Dated:   **June 27, 2019**                      **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

Order